UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROBERT WINSTON, et al.,

                    Plaintiffs,

- against -

THE CITY OF NEW YORK, et al.,

                    Defendants.
-----------------------------------------------------------x

<u>ORDER</u>

06 CV 3943 (NG) (CLP)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 22 2008 ★
BROOKLYN OFFICE

**GERSHON, United States District Judge:**

On June 17, 2008, Magistrate Judge Pollak issued a Report and Recommendation ("R&R"), recommending dismissal of this action for plaintiffs' failure to prosecute. No objections having been filed, the court hereby adopts the R&R in its entirety. Defendants' motion to dismiss for failure to prosecute is granted. The Clerk of Court is directed to close this case.

SO ORDERED.

s/NG

NINA GERSHON
United States District Judge

Dated: Brooklyn, New York
      October __, 2008